IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTOPHER A. HARRIS,

                                    CASE NO. 2:20-cv-5902

    Petitioner,                 CRIM. NO. 2:14-CR-127(5)

                                    CHIEF JUDGE ALGENON L. MARBLEY

    v.                               Magistrate Judge Kimberly A. Jolson

UNITED STATES OF AMERICA

    Respondent.

## ORDER

On February 8, 2021, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending that this action be dismissed. (Doc. 1700). Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (Doc. 1700) is **ADOPTED** and **AFFIRMED**. The Motion to Vacate under 28 U.S.C. § 2255 (Doc. 1684) is hereby **DISMISSED.**

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

                                                     ALGENON L. MARBLEY
                                                     CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** April 14, 2021